IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TARA GRIM | * |
| *Plaintiff,* | *   Case No.: 1:18-cv-3864-ELH |
| v. | * |
| BALTIMORE POLICE DEPARTMENT, et, al. | * |
| | * |
| *Defendants.* | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR ATTORNEY'S FEES AND EXPENSES

COMES NOW Plaintiff, Tara Grim, by and through undersigned counsel, hereby moving this Court to Order that Defendant Marcos pay fees and expenses under Federal Rule of Civil Procedure 4(d)(2). In support thereof, counsel states the following upon information and belief:

1. Plaintiff requested that Defendant Marcos Paul waive of service.

2. Defendant Marcos Paul failed to sign and return the waiver without good cause.

3. Under Fed. R. Civ. Pro. 4(d)(2), Defendant Paul should be sanctioned for his failure to avoid unnecessary expenses and required to pay costs and reasonable expenses.

Respectfully Submitted,
DOWNS COLLINS, P.A.

_____/s/_____
Jason G. Downs, Esquire
Bar No. 29575
20 South Charles Street, Suite 901
Baltimore, Maryland 21201
O: (410) 462-4529
jason@downscollins.com

DOWNS COLLINS, P.A.
20 S. Charles Street
Suite 901
Baltimore, MD 21201
O: (410) 462-4529
F: (410) 995-7200

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TARA GRIM | * |
|     *Plaintiff,* | *  Case No.: 1:18-cv-3864-ELH |
| v. | * |
| BALTIMORE POLICE DEPARTMENT, et, al. | * |
| | * |
|     *Defendants.* | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR FEES AND EXPENSES**

It is undisputed that "[i]f a defendant located within the United States fails, without good cause, to sign and return a waiver requested by a plaintiff located within the United States, the court must impose on the defendant: (A) the expenses later incurred in making service; and (B) the reasonable expenses, including attorney's fees, of any motion required to collect those service expenses." Fed. R. Civ. P. 4(d)(2). Here, Defendant Paul had "a duty to avoid unnecessary expenses of serving the summons. Fed. R. Civ. P. 4(d)(1). "To facilitate that duty, a plaintiff may 'notify such a defendant that an action has been commenced and request that the defendant waive service of a summons.' Fed. R. Civ. P. 4(d)(1). To further push defendants along in avoiding unnecessary expense, 'Rule 4(d) uses the carrot as well as the stick.' 4A Charles Alan Wright & Arthur R. Miller, Fed. Prac. & Proc. Civ. § 1092.1 (4th ed.). If a defendant agrees to waive service it has more time to respond the complaint, see Fed. R. Civ. P. 4(d)(3), but if a defendant does not agree to waive service it must pay the aforementioned 'unnecessary expense' of the plaintiff's efforts to effect service, unless the defendant can show

DOWNS COLLINS, P.A.
20 S. Charles Street
Suite 901
Baltimore, MD 21201
O: (410) 462-4529
F: (410) 995-7200

'good cause' for failure to waive, *see* Fed. R. Civ. P. 4(d)(2). *United States Equal Employment Opportunity Commission v. Phase 2 Investments Inc.*, 2018 WL 826526, at *4 (D. Md. Feb. 12, 2018).

Here, Plaintiff requested that Defendant Paul waive service. See Dkt. Entry 14. Defendant Paul did not waive formal service.[1] To date, the fees and expenses steming from Defendant Paul's refusal to waive service are as follows:

$270.00 – Legal Papers
$13.95 – Certified Mail Fee
$100.00 – Ruppert Agency LLP
$197.5 – half hour of attorney's fees for drafting Notice of Lawsuit
$1,185.00 – three hours of attorney's fees for drafting the instant Motion

                                                     Respectfully Submitted,
                                                     DOWNS COLLINS, P.A.

                                                     /s/
                                                 Jason G. Downs, Esquire
                                                 Bar No. 29575
                                                 Tiffani S. Collins, Esquire
                                                 Bar No. 29274
                                                 20 South Charles Street, Suite 901
                                                 Baltimore, Maryland 21201
                                                 O: (410) 462-4529
                                                 jason@downscollins.com

June 11, 2019

---

[1] Attorney Christopher Jeffries has been involved in discussions regarding this case since February 26, 2019 when the Baltimore City Law Department sent an email asking for consent to file a Consent Motion to Extend Time for Filing Answer. Subsequently, undersigned and Mr. Jeffries have amicably discussed Defendant Paul's refusal to waive formal service. Indeed, on March 18, 2019, attorney Christopher Jeffries indicated to undersigned via email, "I received the request to waive service in the above regarding Mr. Paul. I will let you know if he agrees to waive formal service." See Ex. 1. On April 4, 2019, Mr. Jeffries indicated, "I have not been authorized on behalf of Mr. Paul to waive formal service in this case." See Ex. 1. After serving Defendant Paul, on May 27, 2019, undersigned sent Mr. Jeffries itemized expenses in an attempt to resolve this dispute without the need for Court intervention. See Ex. 1. Additionally, on or about June 7, 2019, undersigned spoke with Mr. Jeffries about whether Mr. Paul would waive service. See e.g., Ex. 1, email dated June 10, 2019. Undersigned memorialized the June 7 conversation in an email dated June 10, 2019. Id. Mr. Jeffries responded via email on June 10, 2019 by indicating he expected to find "closure" on Plaintiff's request for fees and expenses underlying this Motion, and asked whether Plaintiff would wait until June 11, 2019 to file the instant Motion. See. Ex. 1. On June 11, 2019, Mr. Jeffries indicated, "[y]our understanding of our conversations, as stated in your June 10 email below, is correct. To be clear, I have not been engaged by Mr. Paul and I cannot act on his behalf. I cannot, therefore, resolve the cost of service issue with you at this point". Ex. 1.

DOWNS COLLINS, P.A.
20 S. Charles Street
Suite 901
Baltimore, MD 21201
O: (410) 462-4529
F: (410) 995-7200

**CERTIFICATE OF SERVICE**

Undersiged counsel hereby certifies that on this 11th day of June 2019 the foregoing Plaintiff's Motion for Attorney's Fees and Expenses was served on all counsel of record via the court's electronic filing system, and by U.S. mail upon

Christopher C. Jeffries, Esq.
Kramon & Graham, P.A.
One South Street
Suite 2600
Baltimore, MD 21202

Marcos Paul
2780 Quacker Court
York, PA 17408

                                            /s/
                                    Jason G. Downs, Esquire
                                    Bar No. 29575

DOWNS COLLINS, P.A.
20 S. Charles Street
Suite 901
Baltimore, MD 21201
O: (410) 462-4529
F: (410) 995-7200