LAW OFFICES
# KRAMON & GRAHAM, P. A.
ONE SOUTH STREET
SUITE 2600
BALTIMORE, MARYLAND 21202-3201



CHRISTOPHER C. JEFFRIES
DIRECT DIAL
(410) 347-7412

TELEPHONE: (410) 752-6030
FACSIMILE: (410) 539-1269

www.kramonandgraham.com

E-MAIL
cjeffries@kg-law.com

DIRECT FACSIMILE
(410) 361-8214

June 12, 2019

**VIA HAND DELIVERY**
The Honorable Ellen L. Hollander
United States District Court for the District of Maryland
United States Court House
101 West Lombard Street
Baltimore, Maryland 21201

> Re: *Tara Grim v. Baltimore Police Department, et al.*
> **United States District Court for the District of Maryland**
> **Case No. 1:18-cv-03864-ELH**

Dear Judge Hollander:

I write regarding the above-captioned matter to inform the Court that neither I nor my firm represents Marcos A. Paul.

On February 14, 2019, I received a letter from the City of Baltimore's Department of Law assigning my firm to represent Mr. Paul. On that date, I also received a copy of a letter directed to Mr. Paul at a Maryland address indicating that Mr. Paul may elect to have his assigned counsel represent him, or select counsel of his choosing. Since that date, I have tried on multiple occasions – via phone, letter, and text message – to contact Mr. Paul to determine whether he wants me and my firm to represent him in this case. Mr. Paul has never responded to these communications.

Given that I have not been authorized by Mr. Paul to enter an appearance, I did not file any response to Plaintiff's Motion to Reissue Summons and Extend Time for Service of Process (ECF 21), in which Plaintiff's counsel wrote that my firm and I were counsel to Mr. Paul (*id.* at ¶ 9). As noted in Plaintiff's motion, I did, however, acknowledge receipt of Plaintiff's request to waive service and informed Plaintiff's counsel that I was not authorized to do so.

Now that Plaintiff has filed a request for default (ECF 31, filed June 10, 2019), which states that I have been involved, purportedly on behalf of Mr. Paul, in this matter since at least February 26, 2019, *id.* at ¶ 16, I am writing to clarify that that is not the case.

In short, I remain happy to represent Mr. Paul if he were to authorize me to do so, but I cannot do so without his consent. Please let me know if Your Honor requires any additional information or has any questions.

Respectfully,

Christopher C. Jeffries
(Fed. Bar. No. 28587)

CCJ/cj

cc: Christopher R. Lundy, Esquire (via email and first class mail)
Alexa E. Curley, Esquire (via email and first class mail)
Jason G. Downs, Esquire ( via email and first class mail)
Tiffani S. Collins, Esquire (via email and first class mail)
Marcos A. Paul (via first class mail)