IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TARA GRIM | * | |
| *Plaintiff,* | * | Case No.: 1:18-cv-3864-ELH |
| v. | * | |
| BALTIMORE POLICE DEPARTMENT, et, al. | * | |
| | * | |
| *Defendants.* | * | |

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

## MOTION TO TREAT AS CONCEDED PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT MARCOS PAUL

COMES NOW Plaintiff, Tara Grim, by and through undersigned counsel, hereby moving this Court to Order that Defendant Marcos concedes to the entry of a default judgement given his failure to submit an Opposition thereto. Upon information and belief, undersigned states as follows:

1.　On June 10, 2019, Plaintiff filed a Motion for Default Judgment Against Defendant Marcos Paul. See Dkt. Entry 31.

2.　Defendant Paul failed to respond or oppose the foregoing Motion.

3.　Defendant Paul has been given every reasonable opportunity to defend these allegations, including being personally served with the Amended Complaint and being provided an attorney by the Baltimore Police Department.

4.　Defendant Paul has voluntarily chosen not to participate in this litigation.

5.　The only appropriate remedy for Defendant Paul's utter failure to defend this matter is to treat as conceded the Motion for Default against him.

DOWNS COLLINS, P.A.
20 S. Charles Street
Suite 901
Baltimore, MD 21201
O: (410) 462-4529
F: (410) 995-7200

Respectfully Submitted,
DOWNS COLLINS, P.A.


_____/s/_____
Jason G. Downs, Esquire
Bar No. 29575
20 South Charles Street, Suite 901
Baltimore, Maryland 21201
O: (410) 462-4529
jason@downscollins.com

DOWNS COLLINS, P.A.
20 S. Charles Street
Suite 901
Baltimore, MD 21201
O: (410) 462-4529
F: (410) 995-7200

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TARA GRIM | * | |
| *Plaintiff,* | * | Case No.: 1:18-cv-3864-ELH |
| v. | * | |
| BALTIMORE POLICE DEPARTMENT, et, al. | * | |
| | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO TREAT AS CONCEDED PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT</u>

A litigant concedes the relief requested in an application to a court where the litigant fails to submit a response. *Parker v. Am. Brokers Conduit*, 179 F. Supp. 3d 509, 515 (D. Md. 2016) ("Because Plaintiff failed to oppose either of the pending motions to dismiss, he has effectively conceded the dispositive arguments presented in those motions, and for that reason alone his Complaint is susceptible to dismissal. *See White v. Wal–Mart Stores, Inc.*, Civ. No. ELH–14–00031, 2014 WL 1369609, at \*2 (D.Md. Apr. 4, 2014) ("When a plaintiff fails to oppose a motion to dismiss, a district court is 'entitled, as authorized, to rule on the ... motion and dismiss [the] suit on the uncontroverted bases asserted' in the motion." (alterations in original) (quoting *Pueschel v. United States*, 369 F.3d 345, 354 (4th Cir.2004))). Here, Defendant Paul has utterly failed to participate in this litgation despite being personally served with the Complaint and despite being contacted by attorney Christopher Jeffries, Esq. about representation in this matter (see Dkt. Entry 33).

DOWNS COLLINS, P.A.
20 S. Charles Street
Suite 901
Baltimore, MD 21201
O: (410) 462-4529
F: (410) 995-7200

Under the most generous reading of the Federal Rules of Civil Procedure and the Local Rules for the District of Maryland, Defendant Paul's response to Plaintiff's Motion was due June 27, 2019. This is because Plaintiff's Motion for Default was filed June 10, 2019. See Dkt. Entry 31. Further, the Motion was served via mail under Fed. R. Civ. P. 5(b)(2)(C). See Dkt. Entry 31. Defendant Paul initially had fourteen (14) days to respond to the Motion (see Local Rule 105(2)(a)). However, Fed. R. Civ. P. 6 gave Defendant Paul an additional three (3) days to respond since the Motion was served via mail. Thus, providing Defendant Paul seventeen (17) days to respond, his respose was due June 27,2019. He failed to respond.

Defendant Paul's failure to respond is particularly egregious given that he is not the run-of-the-mill *pro se* litigant. Defendant Paul is unique from other *pro se* litigants in that the the Baltimore Police Department gave him access to a reputable law firm and an experienced attorney. See Dkt. Entry 31. Defendant Paul chose not to receive representation in this matter. He further chose not to respond to the allegations advanced against him. His utter lack of regard for this Court should not be condoned. Defendant Paul has been given every reasonable opportunity to defend himself. The only appropriate remedy for his lack of respect for this Court and his lack of respect for the federal litigation process is to treat as conceded the arguments advanced against him.

Respectfully Submitted,
DOWNS COLLINS, P.A.


_____/s/_____
Jason G. Downs, Esquire
Bar No. 29575
Tiffani S. Collins, Esquire

DOWNS COLLINS, P.A.
20 S. Charles Street
Suite 901
Baltimore, MD 21201
O: (410) 462-4529
F: (410) 995-7200

Bar No. 29274
20 South Charles Street, Suite 901
Baltimore, Maryland 21201
O: (410) 462-4529
jason@downscollins.com

July 1, 2019

## **CERTIFICATE OF SERVICE**

Undersiged counsel hereby certifies that on this 1st day of July 2019 the foregoing

Plaintiff's Motion to Treat As Conceded Plaintiff's Motion for Default Judgment Against

Defendant Marcos Paul was served on all counsel of record via the court's electronic filing

system, and by U.S. mail upon

Christopher C. Jeffries, Esq.
Kramon & Graham, P.A.
One South Street
Suite 2600
Baltimore, MD 21202

Marcos Paul
2780 Quacker Court
York, PA 17408

_____/s/_____
Jason G. Downs, Esquire
Bar No. 29575

DOWNS COLLINS, P.A.
20 S. Charles Street
Suite 901
Baltimore, MD 21201
O: (410) 462-4529
F: (410) 995-7200