IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TARA GRIM | * | |
| *Plaintiff,* | * | Case No.: 1:18-cv-3864-ELH |
| v. | * | |
| BALTIMORE POLICE DEPARTMENT, et, al. | * | |
| | * | |
| *Defendants.* | | |

* * * * * * * * * * * * *

## NOTICE OF SUBSTITUTION OF COUNSEL

Dear Sir or Madam Clerk,

Please withdraw the appearance of Jason G. Downs, Esq. and substitute the appearance of Tiffani S. Collins, Esq. as counsel on behalf of Plaintiff, only, in the above captioned matter.

Respectfully submitted,
DOWNS COLLINS, P.A.

_____
Jason G. Downs, Esquire
CPF No.: 0912150222
Bar No.: 29575
20 S. Charles Street, Suite 901
Baltimore, Maryland 21201
O: (410) 462-4529
F: (410) 995-7200
Jason@downscollins.com

COLLINS LEGAL GROUP, LLC

_____
Tiffani S. Collins, Esquire
CPF No.: 0812180179
Bar No.: 29274
20 S. Charles Street, Suite 901
Baltimore, Maryland 21201
O: (410) 462-4529
F: (410) 995-7200
Tiffani@tcollinslaw.com
*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TARA GRIM | * | |
| *Plaintiff,* | * | Case No.: 1:18-cv-3864-ELH |
| v. | * | |
| BALTIMORE POLICE DEPARTMENT, et, al. | * | |
| | * | |
| *Defendants.* | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of October 2019 a copy of the foregoing Notice of Substitution of Counsel was filed via ECF and served on all counsel of record.

Tiffani S. Collins, Esquire
CPF No.: 0812180179